Certificate Number: 05781-PAE-DE-034441659

Bankruptcy Case Number: 20-10648



05781-PAE-DE-034441659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2020, at 12:54 o'clock PM PDT, Sharon Starling completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 11, 2020                     By:     /s/Allison M Geving

                                         Name:   Allison M Geving

                                         Title:  President