UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Sharon D Starling<br><br>                    Debtor | Chapter 13<br>Bankruptcy No.20-10648-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of June, 2020, by first class mail upon those listed below:

Sharon D Starling
1644 31st street SW
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

PATRICK J BEST, ESQ.
ARM LAWYERS
18 NORTH 8TH STREET
STROUDSBURG, PA  18360-1718

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee