# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon D. Starling aka Sharon Phillips aka Sharon D Starling-Phillips<br><br>                      Debtor(s)<br><br>The Money Source Inc., its successors and/or assigns<br>                      Movant<br>    vs.<br><br>Sharon D. Starling aka Sharon Phillips aka Sharon D Starling-Phillips<br>                      Debtor(s)<br><br>Scott F. Waterman<br>                      Trustee | CHAPTER 13<br><br><br><br>NO. 20-10648 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of The Money Source Inc., which was filed with the Court on or about **March 17, 2020, docket number 15**.

                                              Respectfully submitted,

                                        By: **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322
                                            Attorney for Movant/Applicant

June 26, 2020