**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sharon D Starling            :      Bankruptcy No.: 20-10648-pmm

                                       :

              Debtor.            :      CHAPTER 13

## <u>ORDER</u>

        AND NOW, based on the Fee Application of Debtor's Counsel, it is hereby ORDERED

that the Fee Application filed by Debtor's Counsel is GRANTED in the of $4,075.00,

$1,000.00 of which was previously paid to counsel. This amount may be paid by the chapter

13 Trustee, pursuant to the terms of the confirmed Plan.

                                          BY THE COURT:

Dated: 10/21/20

                                     *Patricia M. Mayer*

                                     _____

                                     US Bankruptcy Judge
                                     Hon. Patricia M Mayer