Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-10648-PMM**

Sharon D Starling  
1644 31st street SW  
Allentown  PA    18103

Petition Filed Date: 01/31/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2020 | $812.00 | | 04/06/2020 | $812.00 | | 05/08/2020 | $812.00 | |
| 06/02/2020 | $812.00 | | 06/29/2020 | $846.00 | | 08/03/2020 | $845.00 | |
| 09/08/2020 | $894.00 | | 10/05/2020 | $849.00 | | 11/02/2020 | $849.00 | |
| 12/07/2020 | $849.00 | | 01/11/2021 | $849.00 | | 02/09/2021 | $849.00 | |
| 03/08/2021 | $849.00 | | 04/05/2021 | $849.00 | | 05/10/2021 | $849.00 | |
| 06/04/2021 | $849.00 | | | | | | | |

**Total Receipts for the Period: $13,474.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,474.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $3,075.00 | $3,075.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $527.03 | $0.00 | $527.03 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $550.00 | $0.00 | $550.00 |
| 4 | SECOND ROUND SUB LLC<br>»» 004 | Unsecured Creditors | $317.65 | $0.00 | $317.65 |
| 5 | REGIONAL ACCEPTANCE CORP<br>»» 005 | Secured Creditors | $16,239.15 | $3,446.62 | $12,792.53 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $441.61 | $0.00 | $441.61 |
| 7 | THE MONEY SOURCE INC<br>»» 007 | Mortgage Arrears | $23,698.07 | $5,029.73 | $18,668.34 |

**Chapter 13 Case No. 20-10648-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,474.00 | Current Monthly Payment: | $846.36 |
| Paid to Claims: | $11,551.35 | Arrearages: | ($35.32) |
| Paid to Trustee: | $1,158.55 | Total Plan Base: | $49,832.16 |
| Funds on Hand: | $764.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.