| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-10648-PMM

Sharon D Starling
1644 31st street SW
Allentown  PA    18103

Petition Filed Date: 01/31/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $849.00 | | 05/10/2021 | $849.00 | | 06/04/2021 | $849.00 | |
| 07/07/2021 | $849.00 | | 08/09/2021 | $849.00 | | 09/08/2021 | $849.00 | |
| 10/06/2021 | $849.00 | | 11/08/2021 | $849.00 | | 12/13/2021 | $849.00 | |
| 01/12/2022 | $849.00 | | 02/04/2022 | $849.00 | | 03/07/2022 | $849.00 | |
| 04/04/2022 | $849.00 | | 05/06/2022 | $849.00 | | 06/09/2022 | $849.00 | |
| 07/12/2022 | $849.00 | | 08/03/2022 | $849.00 | | | | |

**Total Receipts for the Period:  $14,433.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $25,360.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $3,075.00 | $3,075.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $527.03 | $0.00 | $527.03 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $550.00 | $0.00 | $550.00 |
| 4 | SECOND ROUND SUB LLC<br>»» 004 | Unsecured Creditors | $317.65 | $0.00 | $317.65 |
| 5 | REGIONAL ACCEPTANCE CORP<br>»» 005 | Secured Creditors | $16,239.15 | $7,865.42 | $8,373.73 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $441.61 | $0.00 | $441.61 |
| 7 | THE MONEY SOURCE INC<br>»» 007 | Mortgage Arrears | $23,698.07 | $11,478.13 | $12,219.94 |

Chapter 13 Case No. 20-10648-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,360.00 | Current Monthly Payment: | $846.36 |
| Paid to Claims: | $22,418.55 | Arrearages: | ($72.28) |
| Paid to Trustee: | $2,160.37 | Total Plan Base: | $49,832.16 |
| Funds on Hand: | $781.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.