| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-10648-PMM**

Sharon D Starling
1644 31st street SW
Allentown  PA    18103

Petition Filed Date: 01/31/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $849.00 | | 09/12/2022 | $849.00 | | 10/04/2022 | $849.00 | |
| 11/15/2022 | $853.99 | | 12/12/2022 | $849.00 | | 01/11/2023 | $849.00 | |
| 02/16/2023 | $849.00 | | 03/08/2023 | $849.00 | | 04/05/2023 | $849.00 | |
| 05/05/2023 | $849.00 | | 06/12/2023 | $849.00 | | 07/10/2023 | $849.00 | |

**Total Receipts for the Period: $10,192.99    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,552.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $3,075.00 | $3,075.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $527.03 | $0.00 | $527.03 |
| 2 | US DEPT OF HUD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $550.00 | $0.00 | $550.00 |
| 4 | SECOND ROUND SUB LLC<br>»»  004 | Unsecured Creditors | $317.65 | $0.00 | $317.65 |
| 5 | REGIONAL ACCEPTANCE CORP<br>»»  005 | Secured Creditors | $16,239.15 | $11,664.69 | $4,574.46 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»»  006 | Unsecured Creditors | $441.61 | $0.00 | $441.61 |
| 7 | MIDFIRST BANK<br>»»  007 | Mortgage Arrears | $23,698.07 | $17,022.45 | $6,675.62 |

Chapter 13 Case No. 20-10648-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $35,552.99 | Current Monthly Payment: | $846.36 |
| Paid to Claims: | $31,762.14 | Arrearages: | ($108.95) |
| Paid to Trustee: | $3,018.26 | Total Plan Base: | $49,832.16 |
| Funds on Hand: | $772.59 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.