| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-10648-PMM**

Sharon D Starling
1644 31st street SW
Allentown  PA     18103

Petition Filed Date: 01/31/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $849.00 | | 09/13/2023 | $849.00 | | 10/10/2023 | $849.00 | |
| 11/01/2023 | $849.00 | | 12/11/2023 | $849.00 | | 01/22/2024 | $849.00 | |
| 02/07/2024 | $849.00 | | 03/11/2024 | $849.00 | | 04/08/2024 | $849.00 | |
| 05/09/2024 | $849.00 | | 06/04/2024 | $849.00 | | 07/10/2024 | $849.00 | |

**Total Receipts for the Period:  $10,188.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $45,740.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $3,075.00 | $3,075.00 | $0.00 |
| 1 | LVNV FUNDING LLC »»  001 | Unsecured Creditors | $527.03 | $0.00 | $527.03 |
| 2 | US DEPT OF HUD »»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA »»  003 | Unsecured Creditors | $550.00 | $0.00 | $550.00 |
| 4 | SECOND ROUND SUB LLC »»  004 | Unsecured Creditors | $317.65 | $0.00 | $317.65 |
| 5 | REGIONAL ACCEPTANCE CORP »»  005 | Secured Creditors | $16,239.15 | $15,399.94 | $839.21 |
| 6 | CAPITAL ONE BANK (USA) NA »»  006 | Unsecured Creditors | $441.61 | $0.00 | $441.61 |
| 7 | MIDFIRST BANK »»  007 | Mortgage Arrears | $23,698.07 | $22,473.38 | $1,224.69 |

Chapter 13 Case No. 20-10648-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,740.99 | Current Monthly Payment: | $846.36 |
| Paid to Claims: | $40,948.32 | Arrearages: | ($140.63) |
| Paid to Trustee: | $4,028.57 | Total Plan Base: | $49,832.16 |
| Funds on Hand: | $764.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.