United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-10648-pmm
Sharon D Starling     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Feb 25, 2025     Form ID: 138OBJ     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon D Starling, 1644 31st street SW, Allentown, PA 18103-6435 |
| 14461187 | + | Fin Recovery, Po Box 8609, Cherry Hill, NJ 08002-0609 |
| 14480965 | + | The Money Source Inc., c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14461184 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:50:07 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14465486 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 01:50:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14461185 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:41:00 | Comenity New York & Co, PO Box 659728, San Antonio, TX 78265 |
| 14461186 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 26 2025 03:36:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 14464755 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 02:03:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14461188 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 02:03:05 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 14760542 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 26 2025 01:50:44 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14467842 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:41:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14461190 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 26 2025 02:03:28 | Regional Acceptance Co, 621 W Newport Pike, Wilmington, DE 19804-3235 |
| 14472091 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 26 2025 02:03:28 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14461191 | + | Email/Text: bankruptcy@second-round.com | Feb 26 2025 03:41:00 | Second Round Lp, 4150 Frederick Ln Ste I, Austin, TX 78744-1052 |
| 14620080 | ^ | MEBN | | |

Case 20-10648-pmm    Doc 55    Filed 02/27/25    Entered 02/28/25 00:42:09    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 26 2025 00:32:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14461192 | + | Email/Text: BK@servicingdivision.com | Feb 26 2025 03:36:00 | The Money Source Inc, 500 S Broad St Ste 100a, Meriden, CT 06450-6755 |
| 14489830 | + | Email/Text: BK@servicingdivision.com | Feb 26 2025 03:41:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14464984 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 26 2025 02:26:39 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |
| 14461193 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 26 2025 03:35:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14461189 | ##+ | Peerless Credit Services, Inc., PO Box 518, Middleton, PA 17057-0518 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

**Name**          **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

PATRICK J. BEST
    on behalf of Debtor Sharon D Starling patrick@armlawyers.com  3956@notices.nextchapterbk.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 52 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br>    Sharon D Starling ) <br>    aka Sharon Phillips ) <br>    aka Sharon D Starling−Phillips ) <br> ) <br>   Debtor(s). ) <br> ) | Case No. 20−10648−pmm <br><br> Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025

For The Court

Timothy B. McGrath
Clerk of Court